₳AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

REGINALD STANLEY

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 11396

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

January 28, 2008
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri        MC 6758
Print Name                 Bar Number

100 Church Street
Address

New York, NY  10007
City         State         Zip Code

(212) 788-6405        (212) 788-9776
Phone Number          Fax Number