Attorneys at Law



Nicole Barnum
nbarnum@barnum-reyes.com

Richard P. Reyes
rreyes@barnum-reyes.com

# MEMO ENDORSED

February 14, 2008

**BY FACSIMILE**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Rescheduled for another Friday. I only do these Friday.*

RE: Stanley v. City of New York, et. al. CV-2007-11396 (CM)

Colleen McMahon
2/15/08

Your Honor,

I am the attorney of record for the plaintiff Reginald Stanley. I write to respectfully request an adjournment of the Initial Scheduling Conference currently scheduled for April 4, 2008 at 10:00 a.m. I have a previously scheduled appearance in another court which I must attend. I have not requested any prior adjournments regarding this matter. I am available to appear at any time on March 31st or April 2nd of that same week. Defense counsel, Meghan Cavalieri, Esq. consents to the request and is also available on those dates.

Respectfully Submitted,

Richard P. Reyes, Esq. (RR8457)

cc: Meghan Cavalieri, Esq. (By Facsimile)
New York City Law Department
Special Federal Division
100 Church Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

Barnum & Reyes P.C. 145 Hudson Street, Suite 5C, New York, NY 10013 Phone: 212-966-3761 Fax: 212-307-0187