UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

REGINALD STANLEY,

                                         Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER CELY BATISTA, POLICE OFFICER JOHN DOE,

                                         Defendants.

------------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

07 CV 11396 (CM)

**PLEASE TAKE NOTICE** that, pursuant to the individual practices of the Honorable Judge McMahon defendants City of New York and Police Officer Cely Batista, will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure based on Qualified Immunity and in accordance with Judge McMahon's individual practices, on the grounds that the defendants' are entitled to qualified immunity on some or all of plaintiff's claims.

**PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth in the Court's Individual Practices.

Dated:  New York, New York
        March 27, 2008

>                   MICHAEL A. CARDOZO
>                   Corporation Counsel of the
>                   City of New York
>                   Attorney for Defendants City of New York,
>                   Police Officer Batista
>                   100 Church Street
>                   New York, New York 10007
>                   (212) 788-6405
>
>              By:  */s/ Meghan Cavalieri*
>                   Meghan A. Cavalieri (MC 6758)
>                   Assistant Corporation Counsel
>                   Special Federal Litigation Division

cc:  Via ECF and Mail
     Richard P. Reyes
     Barnum & Reyes, P.C.
     Attorneys for Plaintiff
     145 Hudson St, Suite 5C
     New York, NY 10013

07 CV 11396 (CM)(KNF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD STANLEY,

Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER CELY BATISTA, POLICE OFFICER JOHN DOE,

Defendants.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant The City of New York and Officer Batista*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Meghan A. Cavalieri*
*Tel: (212) 788-6405*

*Due and timely service is hereby admitted.*

*New York, N.Y. .............................................., 2008*

*..................................................................Esq.*

*Attorney for ..................................................................*